# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

BARRY GREEN, as Personal Representative of
the Wrongful Death Estate of ROLANDA
LAHI, deceased, and FELIZ RAEL, as
Guardian ad Litem of A.S. and A.S., minor
children,

       Plaintiffs,

vs.                                             No. CIV 22-0343 JB/LF

LAGUNA DEVELOPMENT CORPORATION
d/b/a ROUTE 66 CASINO HOTEL; EDWARD
KHADER; ADRIAN FOX; JESSE OROZCO;
the Estate of LUCAS LEE; STATE OF NEW
MEXICO; NEW MEXICO DEPARTMENT OF
TRANSPORTATION and FCA US LLC,

       Defendants.

## **FINAL JUDGMENT**[1]

**THIS MATTER** comes before the Court on the Court's Order, filed March 6, 2023 (Doc. 35)("Order"). In the Order, the Court remands this action to Santa Fe County, First Judicial District Court, State of New Mexico. <u>See</u> Order at 8. With no more parties, claims, or issues before the Court, the Court issues, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this case.

**IT IS ORDERED** that (i) this case is remanded to the Santa Fe County, First Judicial District Court, State of New Mexico; and (ii) Final Judgment is entered.

---

[1]The Court concludes that the Memorandum Opinion promised in its Order, filed March 6, 2023 (Doc. 35), is no longer necessary and will not issue it.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Caren I. Friedman
Justin Ross Kaufman
Durham, Pittard & Spalding, L.L.P.
Santa Fe, New Mexico

-- and --

Christopher J. DeLara
Christopher J. Supik
David C. Odegard
DeLara Supik Odegard P.C.
Albuquerque, New Mexico

-- and --

E. Todd Tracy
The Tracy Firm
Dallas, Texas

> *Attorneys for the Plaintiffs*

David W. Peterson
Jennings Haug Keleher McLeod LLP
Albuquerque, New Mexico

> *Attorneys for Defendants Laguna Development Corporation, Edward Khader, Adrian Fox, and Jesse Orozco*

Philip Hunter Thompson
Pegue & Thompson
Santa Fe, New Mexico

> *Attorneys for Defendant New Mexico Department of Transportation*

Tomas J. Garcia
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

> *Attorneys for Defendant FCA US LLC*